# STATE OF MICHIGAN

# COURT OF APPEALS

PEOPLE OF THE STATE OF MICHIGAN,

Plaintiff-Appellee,

v

DAVID MICHAEL O'BRIEN,

Defendant-Appellant.

UNPUBLISHED
December 19, 2017

No. 333543
Wayne Circuit Court
LC No. 15-006891-01-FC

Before: METER, P.J., and SAWYER and SHAPIRO, JJ.

SHAPIRO, J. (*concurring)*.

I concur in the result only.

/s/ Douglas B. Shapiro

-1-